UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DOUGLAS WALKER                                                                    PLAINTIFF

v.                                           No. 2:17-CV-02201

MEHMOOD KHAN and
SINDHI TRUCKING, INC.                                                          DEFENDANTS

## ORDER

Before the Court is a joint motion to dismiss this case with prejudice. (Doc. 13). The motion represents that the matter has settled. Dismissal on these terms is proper.

IT IS THEREFORE ORDERED that the motion (Doc. 13) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 7th day of June, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE